NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

NOV 17 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DARRON DIMITRI ROSS,

Defendant - Appellant.

No. 25-1366

D.C. No.
2:18-cr-00266-WBS-2

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of California
William B. Shubb, District Judge, Presiding

Submitted November 12, 2025[**]

Before:    SCHROEDER, RAWLINSON, and NGUYEN, Circuit Judges.

Darron Dimitri Ross appeals pro se from the district court's order denying

his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have

jurisdiction under 28 U.S.C. § 1291, and we affirm.

The district court agreed with the parties that Ross was eligible for a

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

sentence reduction under Amendment 821 to U.S.S.G. § 4A1.1. It determined, however, that the 18 U.S.C. § 3553(a) factors did not support a reduction in Ross's 72-month sentence. *See Dillon v. United States*, 560 U.S. 817, 826-27 (2010) (describing the two-step process for evaluating a § 3582(c)(2) motion). We review this conclusion for abuse of discretion. *See United States v. Dunn*, 728 F.3d 1151, 1155 (9th Cir. 2013).

Contrary to Ross's claim, the court acknowledged his rehabilitative efforts, progress towards restitution, and lack of disciplinary violations. It nevertheless concluded that "a reduction in sentence is inappropriate given the nature of defendant's offense and the impact on his victims." The court reasonably balanced the § 3553(a) factors and did not abuse its discretion in denying relief. *See Dunn, 728 F.3d at 1159.*

**AFFIRMED.**